```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 05 B 60611
    SAMUEL BECK
    GENEVA BECK                                   CHAPTER 13

                                                  JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2967      SSN XXX-XX-9533

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/15/2005 and was confirmed 03/22/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 10/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER      384.78          110.87         384.78
MIDLAND MORTGAGE CO       CURRENT MORTG         .00             .00            .00
MIDLAND MORTGAGE CO       MORTGAGE ARRE     5408.89          941.58        5408.89
CAPITAL ONE BANK          UNSEC W/INTER NOT FILED               .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      760.93           83.78         760.93
CFC FINANCIAL CORPORATIO  UNSEC W/INTER NOT FILED               .00            .00
COLLECTION COMPANY OF AM  UNSEC W/INTER NOT FILED               .00            .00
COLLECTION COMPANY OF AM  UNSEC W/INTER NOT FILED               .00            .00
COLONIAL NATIONAL BANK    UNSEC W/INTER NOT FILED               .00            .00
COMPUTER CREDIT SERVICE   UNSEC W/INTER NOT FILED               .00            .00
DEP                       UNSEC W/INTER NOT FILED               .00            .00
DEP                       UNSEC W/INTER NOT FILED               .00            .00
DEP                       UNSEC W/INTER NOT FILED               .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER NOT FILED               .00            .00
PROFESSIONAL ACCOUNT MGM  UNSEC W/INTER NOT FILED               .00            .00
RISK MANAGEMENT ALTERNAT  UNSEC W/INTER NOT FILED               .00            .00
VALENTINE & KEBARTAS      UNSEC W/INTER NOT FILED               .00            .00
CITY OF CHICAGO PARKING   FILED LATE         218.75             .00            .00
GLENDA J GRAY             DEBTOR ATTY      2,200.00                       2,200.00
TOM VAUGHN                TRUSTEE                                           580.59
DEBTOR REFUND             REFUND                                            672.58

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             11,144.00

PRIORITY                                          .00
SECURED                                      5,408.89
    INTEREST                                   941.58
UNSECURED                                    1,145.71

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 60611 SAMUEL BECK & GENEVA BECK
```

```
     INTEREST                                                   194.65
ADMINISTRATIVE                                                2,200.00
TRUSTEE COMPENSATION                                            580.59
DEBTOR REFUND                                                   672.58
                                   ---------------     ---------------
TOTALS                                   11,144.00           11,144.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 01/28/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```